```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Supervising Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd  Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    JOSE NAVARRO-AGUIRRE
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      ) No. CR-S-06-0120 WBS
                                   )
13              Plaintiff,         )
                                   ) STIPULATION AND ORDER
14      v.                         )
                                   )
15  JOSE NAVARRO-AGUIRRE,          ) Date:  May 24, 2006
      aka Jose Manuel Navarro-     ) Time:  9:00 a.m.
16  Aguirre,                       ) Judge: Hon. William B. Shubb
                                   )
17              Defendant.         )
                                    
18  _____
```

19       It is hereby stipulated between the parties, Michael Beckwith,
20  Assistant United States Attorney, attorney for plaintiff, and Mary M.
21  French, attorney for defendant, that the trial date of May 31, 2006, in
22  this matter is hereby vacated, and that the status conference hearing
23  date of May 17, 2006, is also vacated and a new Status Conference
24  hearing date of May 24, 2006 at 9:00 a.m. is hereby set.
25       This continuance is requested because the parties are working
26  toward a resolution of the case.
27       It is further stipulated that the period from May 17, 2006 through
28  and including May 24, 2006 should be excluded pursuant to 18 U.S.C.

1   §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel
2   and defense preparation.
3   Dated: May 16, 2006

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Acting Federal Defender

                                        /s/ Mary M. French
                                        _____
                                        MARY M. FRENCH
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JOSE NAVARRO-AGUIRRE


11  Dated: May 16, 2006                 MCGREGOR W. SCOTT
                                        United States Attorney


                                        /s/  Mary M. French for
                                             Michael Beckwith
                                        _____
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney
                                        per telephonic authorization

                                     **ORDER**

**IT IS SO ORDERED.**

Dated:  May 17, 2006

                                        _____
                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE

Stip & Order                              2

Stip & Order                                      3