DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender

MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE NAVARRO-AGUIRRE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-06-0120 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| JOSE NAVARRO-AGUIRRE, | ) Date:  May 31, 2006 |
| aka Jose Manuel Navarro-Aguirre, | ) Time:  9:00 a.m. |
| | ) Judge: Hon. William B. Shubb |
| Defendant. | ) |

   It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, attorney for defendant, that the Status Conference hearing date of May 24, 2006, is vacated and a new Status Conference hearing date of May 31, 2006 at 9:00 a.m. is hereby set.

   This continuance is requested because counsel for defendant has received a proposed Plea Agreement and needs additional time to review it with defendant and to determine the applicable sentencing guidelines.

   It is further stipulated that the period from May 24, 2006 through

1  and including May 31, 2006 should be excluded pursuant to 18 U.S.C.
2  §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel
3  and defense preparation.
4  Dated: May 23, 2006

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Acting Federal Defender

                                        /s/ Mary M. French
                                        _____
                                        MARY M. FRENCH
                                        Supervising Assistant Federal
                                        Defender
                                        Attorney for Defendant
                                        JOSE NAVARRO-AGUIRRE


Dated: May 23, 2006                     MCGREGOR W. SCOTT
                                        United States Attorney


                                        /s/  Mary M. French for
                                             Michael Beckwith
                                        _____
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney
                                        per telephonic authorization

                          **ORDER**

**IT IS SO ORDERED**.

Dated:  May 23, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip & Order                            2